ANGELINA LUCIANO, Executrix, etc., of PETRO LUCIANO, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23338.) — Appeal from a judgment of the Court of Claims for damages for a breach of a highway contract by the State of New York. The evidence supports the judgment of the Court of Claims; the State breached the contract by refusing to give the contractor possession of the highway on which the contract was to be carried on; by changing the method of curing the concrete and by refusing to pay for the change and to give the contractor a supplemental contract as required by law and by refusing to pay for the work already done according to the terms of the contract. The contractor was justified in rescinding the contract and suing for the value of the labor and

materials which he had expended upon the contract. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ,